IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Howard R. Wilkinson and Jeanne H. Wilkinson<br>Case No. 0:01-cv-00925-JRT | MDL. No. 1396<br>(0:01-cv-00925-JRT)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Howard R. Wilkinson, Jeanne H. Wilkinson, and Defendant St. Jude Medical, Inc., by and through their respective counsel of record, seek dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 25, 2008

s/John R. Tunheim
John R. Tunheim
United States District Court Judge